*In re* **Somers,** David Michael (MR 16735)
Avon, CT

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent David Michael Somers, who has been disciplined in the State of Connecticut, is disbarred in the State of Illinois.

The request of respondent for a hearing pursuant to Supreme Court Rule 763 is denied.